**Dismissed and Opinion Filed May 2, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-24-00343-CV

### IN RE HUMBERTO CASTREJON ALVAREZ, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F23-71177**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is relator's March 22, 2024 petition for writ of mandamus. In his petition, relator contends the trial court did not permit him to be represented by counsel of his choice.

On April 15, 2024, after it had come to our attention the trial court may have granted relator the relief he seeks in this mandamus proceeding and mooted this proceeding, the Clerk of this Court issued a letter directing relator to file either a motion to dismiss or a letter brief showing cause why this mandamus proceeding should not be dismissed for want of jurisdiction. The letter set April 25, 2024, as the compliance deadline and cautioned relator that failure to comply may result in dismissal without further notice. To date, relator has failed to comply.

Based on our understanding this proceeding is moot and relator's failure to comply with the April 15, 2024 letter, we dismiss relator's petition for writ of mandamus.


240343f.p05

/Robbie Partida-Kipness//
ROBBIE PARTIDA-KIPNESS
JUSTICE